No. 5,718.—STATE EX REL. A. LANG, RELATOR, *v.* DISTRICT. COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari*, directed to the District Court of Valley County and its Judge, Honorable C. D. Borton, to review the action of said court in the matter of the settlement of the estate of Gustav Lang, deceased.

Decided March 10, 1925.

PER CURIAM.—Relator's application for writ of *certiorari* is, after due consideration by the court, denied.

*Messrs. Dignan & Shea,* for Relator.

---

No. 5,720.—STATE EX REL. JOHN DAHLGREN, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition to the District Court of Missoula County and the Judges thereof restraining respondents from passing sentence upon relator convicted of the crime of making a false report to the state superintendent of banks.

Decided March 14, 1925.

PER CURIAM.—The relator's application for writ of prohibition is, after due consideration by the court, denied.

*Mr. Harry H. Parsons,* for Relator.